No. 04–9983.  LOVE *v.* VELTRI, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 04–9986.  WATSON *v.* HOWARD, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 04–9988.  PINERO *v.* VERDINI, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT SHIRLEY.  C. A. 1st Cir.  Certiorari denied.

No. 04–9993.  DOUGHTY *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–9995.  STREETER *v.* MCCABE, SUPERINTENDENT, HARNETT CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 04–9997.  MILKS *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 04–9998.  YOUNG *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 04–9999.  ATWELL *v.* HART COUNTY, KENTUCKY, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–10001.  FRAILEY *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 04–10002.  HOBBS *v.* BOY SCOUTS OF AMERICA, INC., ET AL.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 04–10004.  FRANCIS *v.* DUNCAN, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–10005.  FLORES *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 04–10008.  HANNO *v.* STANDARD FEDERAL BANK FOR SAVING, NKA TCF BANK.  App. Ct. Ill., 1st Dist.  Certiorari denied.